# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RED BEND HUNTING AND FISHING CLUB, | : | Case No. 4:16-CV-00864 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| RANGE RESOURCES– APPALACHIA, LLC, | : | |
| Defendant. | : | |

## ORDER

December 2, 2016

**AND NOW**, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff Red Bend Hunting and Fishing Club's Motion to Dismiss Defendant's Counterclaim (ECF No. 7) is **DENIED AS MOOT**; and

2. Plaintiff Red Bend Hunting and Fishing Club's Motion to Dismiss Defendant Amended Counterclaim (ECF No. 16) is **DENIED**.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge